UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 1:19-cr-00051-JMS-MJD |
| JAMES THOMAS (01), | ) ) ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Kellie M. Barr's Report and Recommendation dkt [66] recommending that James Thomas' supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Barr's Report and Recommendation dkt [66]. The Court finds that Mr. Thomas committed Violation Number 2 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [57]. The Court dismisses Violation Number 1 at dkt [57]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Thomas the custody of the Attorney General or his designee for a period of six (6) months and with no supervised release to follow. The Court recommends placement at the Federal Prison Camp in Terre Haute, Indiana.

Date: 8/9/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system